1    HEATHER E. WILLIAMS, Bar #122664
     Federal Defender
2    BENJAMIN A. GERSON, NY Bar # 5505144
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, CA  93721-2226
     Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorneys for Defendant
     JESSE GONZALEZ
7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No.  6:20-po-00380-JDP

12                  Plaintiff,              **STIPULATION TO CONTINUE STATUS
                                            CONFERENCE**
13   vs.
                                            Date:    February 9, 2021
14   Jesse Gonzalez,                        Time:    10:00 a.m.
                                            Judge:  Hon. Jeremy D. Peterson
15                  Defendant.

16

17        The parties, through their respective counsel, Sean Anderson, Acting Legal Officer,

18   counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19   defendant, Jesse Gonzalez, hereby stipulate and jointly move this Court to continue Mr.

20   Gonzalez's status conference from January 12, 2021 until February 9, 2021.

21        The parties are continuing discussions as to a possible resolution to this case.  The parties

22   request additional time to try and reach a settlement so as to conserve judicial resources.  To date,

23   several potential settlement agreements have been discussed, however the parties have not reached

24   a final agreement.

25   //

26   //

27   //

28

1

Respectfully submitted,

2

McGREGOR SCOTT
United States Attorney

3

4

Dated:  January 8, 2021

*/s/ Sean Anderson*
Sean Anderson

5

Acting Legal Officer
National Park Service

6

Yosemite National Park

7

8

Dated:  January 8, 2021

HEATHER E. WILLIAMS
Federal Defender

9

10

*/s/  Benjamin A. Gerson*
BENJAMIN A. GERSON

11

Assistant Federal Defender
Attorney for Defendant

12

Jesse Gonzalez

13

14

**O R D E R**

15

For good cause shown, the court approves the parties' stipulation [10] and the status

16

conference is continued to **February 9, 2021 at 10:00 A.M**. in case 6:20-po-00380 JDP.

17

18

IT IS SO ORDERED.

19

20

Dated:    January 8, 2021

21

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28